**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 13 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | LaTaunda<br>First name<br>Michele<br>Middle name<br>Atkins<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Michele<br>First name<br>Atkins<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 2 8 7<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1  **LaTaunda Michele Atkins**
First Name   Middle Name   Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.  Business name _____  Business name _____  EIN __ __ — __ __ __ __ __ __ __  EIN __ __ — __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.  Business name _____  Business name _____  EIN __ __ — __ __ __ __ __ __ __  EIN __ __ — __ __ __ __ __ __ __ |
| **5. Where you live** | 20137 Woodale St.  Number   Street  Lynwood              IL   60411  City                    State   ZIP Code  Cook  County  **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.  Number   Street  P.O. Box  City                    State   ZIP Code | **If Debtor 2 lives at a different address:**  Number   Street  City                    State   ZIP Code  County  **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.  Number   Street  P.O. Box  City                    State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)  _____ | *Check one:*  ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)  _____ |

Debtor 1  **LaTaunda Michele Atkins**
First Name   Middle Name   Last Name

Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes. Debtor _____ Relationship to you _____
         District _____ When __/__/____ Case number, if known _____

         Debtor _____ Relationship to you _____
         District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?
   ☑ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **LaTaunda Michele Atkins**      Case number *(if known)*_____
       First Name    Middle Name    Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City              State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?
_____
Number    Street

_____

_____
City            State    ZIP Code

Debtor 1  **LaTaunda Michele Atkins**
          First Name   Middle Name   Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☒ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __LaTaunda Michele Atkins__
First Name   Middle Name   Last Name

Case number (if known)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ LaTaunda Atkins_   X _____
Signature of Debtor 1     Signature of Debtor 2

Executed on _7/13/2018_   Executed on _____
MM / DD / YYYY            MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: )

LaTaunda Michele Atkins )
)
) Case No.
Debtor (s) )
) Chapter
)
)

List of Creditors

| | |
|---|---|
| Radiology Imaging Consultants<br>75 Remittance Dr Dept. 1324<br>Chicago, IL 60675 | Hinsdale Orthopedics<br>550 West Ogden Ave<br>Hinsdale, IL 60521 |
| Moses Eye Care<br>7414 Indianapolis Blvd<br>Hammond, IN 46324 | Helix Eye Care<br>326 W US Highway 30<br>Schererville, IN 46375 |
| Indiana Department of Revenue<br>P.O. Box 1685<br>Indianapolis, IN 46206 | Genesis FS<br>P.O Box 84059<br>Columbus, GA 31908 |
| Indiana Department of Revenue<br>P.O. Box 0595<br>Indianapolis, IN 46206 | USA Payday Loans<br>428 E. 162nd. St.<br>South Holland, IL 60473 |
| Speedy Cash<br>~~continued on page 2~~<br>P.O. Box 780408<br>Wichita, KS 67278 | continued on page 2 |

Debtor 1 _LaTaunda Michele Atkins_

| | |
|---|---|
| TD BANK USA/Targetcred<br>Attn: Bankruptcy Dept.<br>Po Box 673,<br>Minneapolis MN 55440 | Merrick BANK CORP<br>Attn: Bankruptcy Dept.<br>Po Box 9201,<br>Old Bethpage NY 11804 |
| Credit First N A<br>Attn: Bankruptcy Dept.<br>6275 Eastland Rd,<br>Brookpark OH 44142 | Capitalone /<br>Po Box 26625<br>Richmond VA 23261 |
| Chicago Post Office Employee.<br>10025 S. Western<br>Chicago, IL 60643 | Advocate Medical Group<br>8550 W. Bryn Mawr Ave 8thFl<br>Chicago, IL 60631 |
| Spot loan<br>P.O. Box 927<br>Palatine, IL 60078 | Professional Recovery<br>2700 Meridan Parkway #200<br>Durham, NC 27713 |
| Synchrony Bank<br>Po Box 965036,<br>Orlando FL 32896 | Paypal Credit / Comenity Bank<br>P.O. Box 105658<br>Atlanta, GA 30348 |
| Paypal Working Capital<br>Web Bank / MRS BPO LLC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | RGS Collections, Inc<br>P.O. Box 852039<br>Richardson, TX 75085 |
| Arbor Eye Care<br>2640 183rd St,<br>Homewood, IL 60430 | Affirm<br>225 Bush St. Suite 1600<br>San Francisco, CA 94104 |
| Cross River Bank<br>885 Teaneck Road<br>Teaneck, NJ 07666 | AT&T Uverse<br>P.O. Box 2238<br>Southgate MI 48195 |
| CGCH LLC<br>4340 South Monaco<br>Denver, CO 80237 | ERC<br>P.O. Box 1259 Dept 98696<br>Oaks PA 19456 |
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | National Credit Adjuster (Rise)<br>P.O. Box 3023<br>Hutchinson, KS 67504 |

②

Debtor 1 _LaTaunda Michele Atkins_

| | |
|---|---|
| Verizon Wireless<br>P.O. Box 650051<br>Dallas, TX 75265 | AT&T Mobility<br>c/o Enhanced Recovery Col<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256 |
| Avant<br>Attn. Bankruptcy Dept.<br>222 N. LaSalle Suite 170<br>Chicago, IL 60601 | Capitol One<br>Bankruptcy Dept.<br>15000 Capital One Dr.<br>Richmond, VA 23238 |
| First Premier Bank<br>Bankruptcy Dept.<br>601 S. Minnesota Ave<br>Sioux Falls SD 57104 | Comenity Bank/Meijer<br>P.O. Box 182789<br>Columbus, OH 43218 |
| Syncb/Car Care<br>P.O. Box 965036<br>Orlando, FL 32896 | Syncb/Walmart<br>Bankrupcty Dept.<br>P.O. Box 965024<br>Orlando, FL 32896 |
| Syncb Bank<br>c/o Cavalry Portfolio Serv<br>P.O. Box 27288<br>Temple, AZ 85285 | Barclays Bank Delaware<br>Bankruptcy Dept.<br>P.O. Box 8803<br>Wilmington DE 19899 |
| USPS<br>Accounting Service Center<br>2825 Lone Oak Pkwy<br>Eagan MN 55121 | Southwest Credit<br>4120 International Pkwy<br>Carrolton TX 75007 |
| Masseys<br>P.O. Box 2822<br>Monroe, WI 53566 | Calvalry<br>P.O. Box 520<br>Valhalla, NY 10595 |
| Halsted Financial Services<br>P.O. Box 828,<br>Skokie, IL 60076 | Alltran Financial<br>P.O. Box 610<br>Sauk Rapids, MN 56379 |
| ATI<br>790 Remington Boulvard<br>Bolingbrook, IL 60440 | Sir Finance<br>6140 N. Lincoln Ave<br>Chicago, IL 60659 |

③

Debtor 1 _LaTaunda Michele Atkins_

| | |
|---|---|
| Webbank/Gettington<br>6250 Ridgewood Rd,<br>Saint Cloud MN 56303 | Webbank/Fingerhut /<br>6250 Ridgewood Rd,<br>Saint Cloud MN 56303 |
| US Employees CR UN<br>Attn: Bankruptcy Dept.<br>230 S Dearborn St Ste 29,<br>Chicago IL 606 | Syncb/Amazon<br>Po Box 965015,<br>Orlando FL 32896 |
| Syncb/TJX COS<br>Attn: Bankruptcy Dept.<br>Po Box 965005,<br>Orlando FL 32896 | MABT/Contfin<br>121 Continental Dr Ste 1<br>, Newark DE 19713 |
| Midamerica/Milestone/G<br>Attn: Attn: Bankruptcy Dept.<br>Po Box 4499,<br>Beaverton OR 97076 | Applied BANK<br>Po Box 17125,<br>Wilmington DE 19850 |
| MABT/Contfin<br>Attn: Attn: Bankruptcy Dept.<br>121 Continental Dr Ste 1,<br>Newark DE 19713 | BK OF AMER.<br>P.O Box 982238<br>El Paso TX 79998 |
| Credit ONE BANK N.A.<br>Attn: C/O LVNV Funding LLC<br>Po Box 1269,<br>Greenville SC 29602 | Syncb/Lowes<br>Po Box 965005,<br>Orlando FL 32896 |
| Syncb/JCP<br>Po Box 965007<br>, Orlando FL 32896 | Syncb HOME<br>Po Box 965036,<br>Orlando FL 32896 |
| Credit ONE BANK NA<br>Po Box 98875,<br>Las Vegas NV 89193 | CELTIC BANK/Contfinco<br>121 Continental Dr Ste 1,<br>Newark DE 19713 |
| RISE CREDIT OF ILLINOIS LLC D/<br>Attn: C/O National Credit Adjust<br>327W. 4th Ave.<br>Hutchinson 67504 | CBNA.<br>50 Northwest Point Road,<br>Elk Grove Village, IL 60007 |
| | |

(A)

Debtor 1     LaTaunda Michele Atkins

| | |
|---|---|
| AAA Checkmate<br>7647 W. 63rd St.<br>Summit, IL 60501 | Brother<br>7621 W. 63rd St.<br>Summit, IL 60501 |
| AFNI<br>Department 555<br>P.O. Box 4115<br>Concord, CA 94524 | ~~Bestor~~ Best Buy/Citibank<br>P.O. Box 6000<br>Sioux Falls, SD 57117 |
| Lendgreen<br>N/IWIN<br>P.O. Box 221<br>Lac du Flambeau, WI 54538 | Moxlend<br>P.O. Box 639<br>Parshall, ND 58770 |
| Silver Cloud Financial<br>635 East Hwy 20C<br>Upper Lake, CA 95485 | Big Picture Loans<br>E23 9070 Pow Wow Trail<br>Watersmeet, MI 49969 |
| Big Picture Loans<br>P.O. Box 704<br>Watersmeet, MI 49969 | Cavalry<br>c/o Blitt & Gaines<br>661 Glenn Ave<br>Wheeling, IL 60090 |
| CACH LLC<br>c/o Resurgence Legal Group<br>3000 Lakeside Dri #30<br>Bannockburn, IL 60015 | CACH LLC<br>Square Two Financial<br>4340 S. Monaco, Second Fl<br>Denver, CO 80237 |
| Calvary Portfolio Services<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595 | Red Pine Lending<br>3051 Sand Lake Road.<br>Crandon, WI 54520 |
| Sakaogon Finance (Red Pine)<br>3051 Sand Lake Road<br>Crandon, WI 54520 | Kabbage Loan<br>925 B Peachtree St. NE 1688<br>Atlanta, GA ~~30309~~ 30309 |
| US Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Capital One Bank<br>1680 Capital One Dr.<br>McLean VA 22102 |
| Celtic Bank<br>268 South State Street #300<br>Salt Lake City, Utah 84111 | Best Buy<br>701 E. 60th St N.<br>Box Sioux Falls SD 57117 |

⑤